UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Helen Devlin | ) | CIVIL ACTION NO. 1:11-CV11902(PBS) |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAW OFFICES HOWARD LEE SCHIFF P.C. | ) | |
|    Defendant | ) | November 17, 2011 |

## MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO THE PROVISIONS OF FED. R. CIV. P. 12(c)

Defendant, LAW OFFICES HOWARD LEE SCHIFF, P.C., hereby moves this Court for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on the grounds that there are no viable causes of action against the defendant herein.

As more fully set forth in the attached Memorandum of Law in Support of Motion for Judgment, plaintiff's claims are unfounded and unsupportable. There is no valid basis for plaintiff's allegations that defendant, LAW OFFICES HOWARD LEE SCHIFF, violated the Fair Debt Collection Practices Act , 15 U.S.C. sec 1692, et seq.

Defendant is entitled to judgment in its favor as a matter of law.

DEFENDANT, LAW OFFICES HOWARD LEE
SCHIFF, P.C.

/S/*Karen J. Wisniowski*
Karen Wisniowski  BB0#633018
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

Dated:  November 17, 2011

CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on November 17, 2011 to the following counsel of record:

PLAINTIFF

Josef C. Culik
Culik Law PC
18 Commerce Way Suite, Suite 2850
Woburn, MA 01810

      /s/ *Karen J. Wisniowski*
      Karen J. Wisniowski

**Local Rule 7.1 Certification**

I hereby certify that that a counsel for the defendant and the plaintiff have conferred and have attempted in good faith to resolve or narrow the issues in accordance with Local Rule 7.1

      /s/ *Karen J. Wisniowski*
      Karen J. Wisniowski

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**