UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Helen C. Devlin**<br><br>    Plaintiff<br><br>v.<br><br>**Law Offices Howard Lee Schiff, P.C.**<br><br>    Defendant | Civil Action No. 11-11902-PBS<br><br>**Certification Per Local Rule 16.1** |

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those described in Local Rule 16.4.

Respectfully submitted,

*Helen C. Devlin*
Helen C. Devlin

/s/ *Josef C. Culik*
Josef C. Culik (BBO #672665)
CULIK LAW PC
18 Commerce Way, Suite 2850
Woburn, Massachusetts 01801
Tel  (800) 962-9570
Fax  (781) 780-2515
jculik@culiklaw.com

Attorney for Plaintiff

March 2, 2012

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 9, 2012.

                                                  /s/ *Josef C. Culik*
                                                Josef C. Culik