UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

**Helen Devlin**                    )     Civ. A. No. 11-11902-PBS
                                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )
**Law Offices Howard Lee**          )
**Schiff, P.C.**                    )
                                    )
        Defendant                   )


### Joint Statement for Scheduling Conference

　　　Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties have conferred regarding a joint proposed pretrial case schedule and discovery plan and they present this agenda for the scheduling conference, and a joint proposed pretrial schedule and proposed discovery plan.


I.   **Agenda for Initial Status Conference**

　　　The parties have agreed to the following agenda for the status conference, which the Court has scheduled for **April 12, 2012** at **2:30 p.m.** before **Magistrate Judge Judith G. Dein.**

   1. Status Report
   2. Overview of the Case and Major Issues
   3. Proposed Pre-Trial Schedule and Discovery Plan
   4. Status of Settlement Discussions


II.  **Proposed Pretrial Schedule and Discovery Plan**

　　　The parties submit that this case warrants a **seven-month** discovery period and submit the following deadlines:

   **1.   Discovery Plan.** The parties jointly propose to the court the following discovery plan.

**a.     Topics of Discovery**. Discovery, to the extent not privileged or otherwise not discoverable, is necessary as to topics including but not limited to: communications between the parties and their agents and principals; the account at issue, including payments and credit of payments; conduct of the Plaintiff, her agents, attorneys, representative, and debt consolidators or representatives of any kind, Defendant and its principal, Midland Funding, LLC, before, during, and after the collection of the account at issue, including during the litigation of the lawsuit against Plaintiff by Defendant on behalf of Midland Funding, LLC, Lowell District Court, civil action no. 201018cvl 144; and the knowledge of the Defendant concerning the account at all times relevant. The parties reserve the right to conduct discovery on subjects not listed above related to the subject matter of this action that is relevant to any party's claims or defenses.

**Plaintiff objects to discovery concerning the conduct of her attorneys and agents, and communications between herself and her attorney in the above-referenced case to the extent Defendant attempts to make Plaintiff's attorney a necessary witness.

The Defendant states that if through the course of this litigation it is discovered that the Plaintiff's attorney is a necessary witness to these proceedings, it would be unfair and prejudicial to the Defendant to preclude it from inquiring into his conduct.

**b.     Electronic Discovery**. The parties considered the subject of electronic discovery and do not anticipate it being an issue in this case at this time. The parties acknowledge their obligations with respect to electronic discovery under the Federal Rules of Civil Procedure, and reserve the right to revisit this subject as necessary as the case

progresses, including without limitation all provisions in the rules regarding identification and accessibility of electronic information, production of the same, and assertion of privileges and confidentiality with respect to such materials.

**c.    Initial Disclosures**. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(l) by **May 10, 2012 or within ten (10) days after the court rules on the Defendant's motion for judgment on the pleadings and motion to dismiss, whichever is later in time**.

**d.    Amendment and Joinder**: The parties shall be allowed until May 30, 2012 to join additional parties and to amend the pleadings. Further amendments shall be allowed upon a showing of good cause and approval by the court.

**e.    Discovery Deadline - Written**. All written discovery shall be completed by **August 30, 2012**.

**f.    Discovery Deadline - Deposition**. All non-expert depositions shall be completed by **October 30, 2012**.

**g.    Expert Discovery**. Expert discovery and disclosures shall be completed by **November 30, 2012**.

**h. Modifications to Limitations on Discovery Imposed by the Federal Rules**. The parties do not anticipate any modifications to the limitations on discovery at this time. If the need for additional discovery arises, the parties will request the same from the Court.

**i. Dispositive Motions**. All dispositive motions will be filed no later than **January 31, 2013**. Responses to dispositive motions shall be filed by **February 28, 2013**.

**j. Settlement.** The parties have discussed

      settlement, but have not been able to come to terms at this time.

   **2. Trial**. The parties agree that a trial, if needed, will last **one to two days**.

   **3. Certifications by Counsel**. Pursuant to Local Rule 16.1(d)(3), counsel will file their respective certifications prior to the Scheduling Conference.

**III. Consent to Magistrate Judge**

The parties do consent to a magistrate judge and have filed a magistrate consent form.

Respectfully submitted,

| | |
|---|---|
| /s/ *Josef C. Culik* | /s/ *Karen J. Wisniowski* |
| Josef C. Culik (BBO #672665) | Karen J. Wisniowski (BBO #633018) |
| CULIK LAW PC | LAW OFFICES HOWARD LEE SCHIFF PC |
| 18 Commerce Way, Suite 2850 | 510 Tolland Street |
| Woburn, MA 01801 | East Hartford, CT 06108 |
| (800) 962-9570 | (860) 528 9991 |
| jculik@culiklaw.com | kwisniowski@hlschiffpc.com |
| Attorney for Plaintiff Helen C. Devlin | Attorney for Defendant Law Offices Howard Lee Schiff, P.C. |

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 9, 2012.

                                          /s/ *Josef C. Culik*
                                          Josef C. Culik