UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN DEVLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 11-11902-JGD |
| LAW OFFICES OF HOWARD ) | |
| LEE SCHIFF, P.C., ) | |
| ) | |
| Defendant. ) | |

# SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on May 2, 2013 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/ s / Jolyne D'Ambrosio
Deputy Clerk

DATED: May 3, 2013